# United States Court of Appeals for the Federal Circuit

2009-1230

ARIBA, INC.,

Plaintiff-Appellee,

v.

EMPTORIS, INC.,

Defendant-Appellant.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 1 2 2010

DAVID J. MALAND, CLERK
BY
DEPUTY

## Judgment

ON APPEAL from the  United States District Court for the Eastern District of Texas

In CASE NO(S).        9:07-CV-90.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, PROST, and MOORE, Circuit Judges).

**AFFIRMED.**  See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

*DATED*        **JAN 8 – 2010**

*Jan Horbaly, Clerk*

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 8 – 2010

JAN HORBALY
CLERK