NO. This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1230

ARIBA, INC.,

Plaintiff-Appellee,

v.

EMPTORIS, INC.,

Defendant-Appellant.

## Judgment

ON APPEAL from the United States District Court for the Eastern District of Texas

In CASE NO(S). 9:07-CV-90.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, PROST, and MOORE, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED JAN 8 - 2010

*Jan Horbaly, Clerk*

**ISSUED AS A MANDATE: February 17, 2010**

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: L. Weems  Date: 2/17/10

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 8 - 2010

JAN HORBALY
CLERK